WM. B. HAZEL, p. b., *vs.* WM. H. CACY, d. b.

*Justice of the Peace—Certiorari—Foreign Attachment—Statute— Notices—Record of the Justice.*

What the record of the Justice must disclose respecting the notices provided for by the statute.

(*May 10, 1905.*)

LORE, C. J., and SPRUANCE and BOYCE, J. J., sitting.

*W. H. Cooper, Jr.,* for plaintiff in error.

*James L. Wolcott* for defendant in error.

Superior Court, Kent County, May Term, 1905.

CERTIORARI (No　, April Term, 1905).

*Mr. Cooper:*—This is a foreign attachment case. The record of the Justice sets out that "five legal notices of attachment prepared and issued to William H. Wallace, constable," etc.

My first exception is,—

That the record does not state that the Justice prepared the notices.

*Revised Code 759, Sec. 33.*

LORE, C. J.:—We overrule that exception.

*Mr. Cooper:*—My second exception is,—

That the record does not set forth what the notices contained or stated.

*Revised Code 759, Sec. 33.*

*Mr. Wolcott:*—The question raised by the second exception has been passed upon by this Court in the case of *Jump vs. Jones, 3 Pennewill, 163 (164).*

LORE, C. J.:—The case of *Jump vs. Jones* seems to be conclusive upon the last exception. Let the judgment below be affirmed, on the ground of *stare decisis.*

Judgment below affirmed.